IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20404
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FREDERICK WATKINS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-82-3
- - - - - - - - - -

April 16, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

    Frederick Watkins' motion to stay the appeal so that he may file, pro se, a supplemental appellate brief is DENIED. See United States v. Daniels, 572 F.2d 535, 540 (5th Cir. 1978). Watkins argues that the district court should have suppressed his post-arrest statements because he failed to comprehend the Miranda[**] warnings he received due to diminished mental capacity.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

    [**] Miranda v. Arizona, 384 U.S. 436 (1966).

We find no error in the denial of the suppression motion.  United

States v. Foy, 28 F.3d 464, 474 (5th Cir. 1994); United States v.

Tellez, 11 F. 3d 530, 532 (5th Cir. 1993).

AFFIRMED.